1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

11  ERIC LAKE, an individual; and
    ATHENA GAM, an individual;

12  EMERGING BEYOND FILMS, LLC, a
    California limited liability company,

13

          Plaintiffs,

14

15          v.

16  JONATHAN HARNISCH, an
    individual; ROGER SPILLMANN, an

17  individual; AND DOES 1 through 50,
    inclusive,

18

          Defendants.

19

20

21

22

23

24

25

26

27

28

Case No. 4:24-cv-01410-HSG

**ORDER GRANTING
STIPULATION TO ENGAGE
IN ADR**

**ORDER**

160040419.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### ORDER

The Court having reviewed the Parties' Joint Stipulation to Engage in ADR, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that Plaintiffs Eric Lake, Athena Gam, and Emerging Beyond Films, LLC and Defendant Jonathan Harnisch engage in private mediation by September 30, 2024.

**IT IS SO ORDERED.**

Dated:   6/26/2024

Judge Haywood S. Gilliam, Jr.

160040419.1