UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKE ERIC, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>JONATHAN HARNISCH, et al.,<br><br>    Defendants. | Case No. 24-cv-01410-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on June 18, 2024. Having considered the parties' proposals, *see* Dkt. No. 14, 21, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | October 4, 2024 |
| Exchange of Opening Expert Reports | January 16, 2025 |
| Exchange of Rebuttal Expert Reports | January 23, 2025 |
| Close of Fact and Expert Discovery | February 6, 2025 |
| Dispositive Motion Hearing Deadline | February 27, 2025, at 2:00 p.m. |
| Pretrial Conference | May 20, 2025, at 3:00 p.m.[1] |
| Bench Trial (4 days) | June 9, 2025, at 8:30 a.m. |

//

//

//

---

[1] The Court will hear the parties' motions *in limine* at the pretrial conference.

1  These dates may only be altered by order of the Court and only upon a showing of good
2  cause.  The parties are directed to review and comply with this Court's standing orders.
3  This order terminates Dkt. No. 21.
4  **IT IS SO ORDERED.**
5  Dated:  June 26, 2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge